

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00044-CV

NOAH LEE DUNLAP, APPELLANT

V.

SONDRA JEAN DUNLAP, APPELLEE

On Appeal from the County Court at Law
Moore County, Texas
Trial Court No. CL71-15, Honorable Delwin T. McGee, Presiding

April 18, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Noah Lee Dunlap, appeals from the trial court's order enforcing and modifying child support obligations. Appellant's brief was due on March 22, 2019, but was not filed. By letter dated March 29, 2019, this court notified appellant that the appeal would be dismissed for want of prosecution if his brief was not received by April 8. To date, neither a brief nor a motion for extension of time to file same has been received by the court.

Accordingly, we dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam